IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LETTERRON DJON BRANNON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO. 2:21-cv-347-ECM |
| | ) | |
| TYLER PATTERSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION and ORDER**

On August 12, 2024, the Magistrate Judge entered a Recommendation (doc. 111) to which no timely objections have been filed.[1] Upon an independent review of the file and upon consideration of the Recommendation,[2] it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 111) is ADOPTED;

---

[1] Objections were originally due on August 27, 2024. (Doc. 111 at 24). On September 4, 2024, the Plaintiff filed a motion for enlargement of time to file objections to the Recommendation. (Doc. 112). The Court granted the Plaintiff's motion and extended the objection deadline until September 9, 2024. (Doc. 113). To date, no objections have been received by the Court.

[2] The Plaintiff filed his complaint on May 14, 2021, asserting claims pursuant to 42 U.S.C. § 1983. (Doc. 1). He later sought leave to file an amendment to the complaint (doc. 34), which the Magistrate Judge granted (doc. 35). The amendment to the complaint (doc. 34-1) does not set out causes of action against any defendant but rather requests compensatory and punitive damages, among other forms of relief.

Pursuant to Middle District of Alabama Local Rule 15.1, "[a]ny amendment to a pleading, . . . whether filed as a matter of course or upon a motion to amend, must, except by leave of Court, reproduce the entire pleading[] . . . as amended, and may not incorporate any prior pleading[] . . . by reference." The Plaintiff's amendment to the complaint does not reproduce the entire complaint as amended. Thus, the Court construes the Magistrate Judge's Order granting the Plaintiff leave to amend as excusing him from the general rule that amendments must reproduce the entire pleading. With that clarification, the Magistrate Judge's Recommendation is due to be adopted.

2. The answer and special report filed by Defendants Blake Turman and Greg White (doc. 45) is construed as a motion for summary judgment, and the motion for summary judgment (doc. 45) is DENIED as moot;

3. The answers and special reports filed by Defendants Tyler Patterson and Heather Koerner (docs. 41, 74) are construed as motions for summary judgment, and the motions for summary judgment (docs. 41, 74) are GRANTED;

4. This case is DISMISSED.

A separate Final Judgment will be entered.

DONE this 16th day of September, 2024.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE